**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Valley Forge Insurance Company, as Subrogee of Centergy One Associates LLC, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:14-cv-01343 |
| v. | ) | |
| WATTS Regulator Co. d/b/a WATTS Corporation, Brasfield & Gorrie, LLC and Covenant Mechanical Contractors, Inc., | ) | |
| Defendants. | | |

**DEFENDANT WATTS REGULATOR CO.'S MOTION FOR SPOLIATION SANCTIONS**

This is a subrogation action brought by Valley Forge Insurance Company ("Plaintiff") against Watts Regulator Co. ("Watts") for damages allegedly incurred as result of water damage to a building owned by Centergy One Associates LLC ("Centergy One"). The sole remaining claim in this case is Plaintiff's claim that Centergy One building was damaged "by the rupture of a Watts PLT-5 Potable Water Expansion Tank ('Expansion Tank') manufactured by Defendant Watts." (Am. Compl., Dkt 18 ¶ 9.) Specifically, Plaintiff alleges that Watts negligently manufactured and designed the expansion tank at issue in this case, and that it

negligently failed to "test, inspect or otherwise find the defects with the expansion tank." (*Id.* ¶ 9.)

Plaintiff failed to preserve the allegedly defective expansion tank in this defect case. The tank was, in effect, the most crucial and reliable evidence available to the parties at the time Plaintiff secured representation and notified Watts of the incident. Plaintiff's egregious conduct in this matter warrants the imposition of sanctions for the intentional spoliation of evidence. Watts respectfully requests that Plaintiff's claims be dismissed as a result Plaintiff's actions. Alternatively, if the Court is not satisfied that dismissal of Plaintiff's claim is an appropriate sanction, then Watts requests that the Court enter an order that: (1) precludes Plaintiff from calling George Van Horne to testify at trial; and (2) provides an adverse inference jury instruction at trial regarding Plaintiff's spoliation of evidence.

Respectfully submitted this 23rd day of November, 2015.

*/s/ Lucas A. Westby*
Lucas A. Westby
Georgia Bar. No. 594008
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-1600
lucas.westby@nelsonmullins.com
*Counsel for Watts Regulator Co.*

# CERTIFICATE OF COMPLIANCE

Pursuant to the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that ***Defendant Watts Regulator Co.'s Motion for Spoliation Sanctions*** complies with the font and point selections approved by the Court in Local Rule 5.1C. The foregoing was prepared on computer using Times New Roman font (14 point).

Respectfully submitted this 23rd day of November, 2015.

/s/ *Lucas A. Westby*
Lucas A. Westby
Georgia Bar No. 594008
lucas.westby@nelsonmullins.com
*Counsel for Watts Regulator Co.*

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000
(404) 322-6050 (fax)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Valley Forge Insurance Company, as Subrogee of Centergy One Associates LLC | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:14-cv-01343 |
| v. | ) | |
| WATTS Regulator Co. d/b/a WATTS Corporation, Brasfield & Gorrie, LLC and Covenant Mechanical Contractors, Inc., | ) | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of November, 2015, a true and correct copy of the foregoing ***Defendant Watts Regulator Co.'s Motion for Spoliation Sanctions*** was electronically filed via CM/ECF, which will automatically send a copy to the counsel of record below.

Marcus Wisehart, Esq.
Law Office of Ian R. Rapaport
5565 Glenridge Connector, Suite 500
Atlanta, GA 30342
*Counsel for Plaintiff*

Respectfully submitted,

/s/ *Lucas A. Westby*
Lucas A. Westby
Georgia Bar No. 594008
lucas.westby@nelsonmullins.com
*Counsel for Watts Regulator Co.*

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000